Robert Glendenning, Jr., et al., Respondents, v. Thomas Canary et al., Appellants.

(Argued February 8, 1876; decided February 15, 1876.)

*Samuel Hand* for the appellants.

*William M. Gallaher* for the respondents.

Agree to dismiss appeal.   No opinion.
All concur.
Appeal dismissed.

---

Robert Glendenning, Jr., et al., Respondents, v. Thomas Canary et al., Appellants.

(Argued February 8, 1876; decided February 15, 1876.)

*Samuel Hand* for the appellants.

*William M. Gallaher* for the respondents.

Agree to affirm.   No opinion.
All concur.
Judgment affirmed.